**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 13-30512 |
| JOSEPH T. FAKUADE, | ) | Hon. Jacqueline P. Cox |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

Richard M. Fogel, an attorney, state that on February 22, 2018, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be sent to the recipients listed on the attached Service List, via CM/ECF or proper postage prepaid from 321 N. Clark Street, Chicago, IL  60654, as indicated.

/s/ Richard M. Fogel

Richard M. Fogel (#3127114)
Shaw Fishman Glantz & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL  60654
312.541.0151

{4273 CER A0499699.DOC}

# Mailing Information for Case 13-30512

## Electronic Mail Notice List

- Joseph P Doyle    joe@fightbills.com, courts@fightbills.com;r44937@notify.bestcase.com
- Richard M. Fogel    rfogel@shawfishman.com, il72@ecfcbis.com
- Kathryn Gleason    USTPRegion11.es.ecf@usdoj.gov, Kathryn.M.Gleason@usdoj.gov
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Jose G Moreno    nd-one@il.cslegal.com
- Laurie A. Silvestri    las.lawoffices@gmail.com

## Manual Notice List (Via U.S. Mail)

Terrence J. Kennedy
5715 N. Sacramento Ave.
Chicago, IL 60659

Verizon by American InfoSource LP as agent
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118