**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re: FAKUADE, JOSEPH T. § Case No. 13-30512
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $532,305.00 *(without deducting any secured claims)* | Assets Exempt: $22,160.00 |
| Total Distributions to Claimants: $6,083.62 | Claims Discharged Without Payment: $121,442.00 |
| Total Expenses of Administration: $13,255.25 | |

    3) Total gross receipts of $31,745.83 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $12,406.96 (see **Exhibit 2**), yielded net receipts of $19,338.87 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $507,952.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $13,255.25 | $13,255.25 | $13,255.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $774.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $126,402.00 | $6,053.48 | $6,083.62 | $6,083.62 |
| **TOTAL DISBURSEMENTS** | $635,128.00 | $19,308.73 | $19,338.87 | $19,338.87 |

4) This case was originally filed under chapter 7 on 07/31/2013. The case was pending for 56 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/03/2018     By: /s/ Richard M. Fogel
                          Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| LIQUIDATED DEBTS OWING DEBTOR | 1249-000 | $31,745.83 |
| **TOTAL GROSS RECEIPTS** | | **$31,745.83** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| FAKUADE, JOSEPH T. | Distribution payment - Dividend paid at 100.00% of $12,406.96; Surplus to debtor | 8200-002 | $12,406.96 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$12,406.96** |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Chase | 4110-000 | $122,855.00 | NA | NA | NA |
| N/F | Chase | 4110-000 | $238,763.00 | NA | NA | NA |
| N/F | Green Tree Servicing L | 4110-000 | $146,334.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$507,952.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 2100-000 | NA | $2,683.89 | $2,683.89 | $2,683.89 |
| Special Counsel for Trustee Fees - Law Office of Ezra N. Goldman PC | 3210-600 | NA | $10,571.36 | $10,571.36 | $10,571.36 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | NA | $13,255.25 | $13,255.25 | $13,255.25 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | I.R.S. | 5800-000 | $774.00 | NA | NA | NA |
| | TOTAL PRIORITY UNSECURED CLAIMS | | $774.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Terrence J Kennedy | 7100-000 | $4,808.00 | $5,903.42 | $5,903.42 | $5,903.42 |
| 1I | Terrence J Kennedy | 7990-000 | NA | NA | $29.39 | $29.39 |
| 2 | Verizon by American InfoSource LP as agent | 7100-000 | $152.00 | $150.06 | $150.06 | $150.06 |
| 2I | Verizon by American InfoSource LP as agent | 7990-000 | NA | NA | $0.75 | $0.75 |
| N/F | ARS National Services | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Arthur B. Adler & Associates | 7100-000 | $0.00 | NA | NA | NA |
| N/F | BankUnited | 7100-000 | NA | NA | NA | NA |
| N/F | Capital Management Services, LP | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Cb Manistee Incorp | 7100-000 | $106.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $12,733.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $18,375.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $24,724.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $9,385.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $7,514.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | NA | NA | NA | NA |
| N/F | Chase | 7100-000 | NA | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Chase | 7100-000 | NA | NA | NA | NA |
| N/F | Codilis & Associates | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Credit Protection Asso | 7100-000 | $184.00 | NA | NA | NA |
| N/F | Creditors Interchange | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Freedman Anselmo Lindberg & Rappe | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Freedman Anselmo Lindberg & Rappe | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Heller & Frisone, Ltd. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Hsbc/Carsn | 7100-000 | NA | NA | NA | NA |
| N/F | Hsbc/Wicks | 7100-000 | NA | NA | NA | NA |
| N/F | Laurie A Silvestri | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Northland Group Inc | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ocwen Loan Servicing L | 7100-000 | NA | NA | NA | NA |
| N/F | Peoplesene | 7100-000 | $47.00 | NA | NA | NA |
| N/F | Pierce & Associates | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Pierce & Associates | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Pierce & Associates | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Real Time Resolutions | 7100-000 | $33,184.00 | NA | NA | NA |
| N/F | Us Dept Of Education | 7100-000 | $15,190.00 | NA | NA | NA |
| N/F | Viking Collection Service | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | $126,402.00 | $6,053.48 | $6,083.62 | $6,083.62 |

UST Form 101-7-TDR ( 10 /1/2010)

Form 1

# Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 1

| Case No.: | 13-30512 | Trustee Name: | (330720) Richard M. Fogel |
| --- | --- | --- | --- |
| Case Name: | FAKUADE, JOSEPH T. | Date Filed (f) or Converted (c): | 07/31/2013 (f) |
| | | § 341(a) Meeting Date: | 09/17/2013 |
| For Period Ending: | 04/03/2018 | Claims Bar Date: | 06/26/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | REAL PROPERTY- 5910 N. Christiana, Chicago, IL<br>No equity | 365,000.00 | 0.00 | | 0.00 | FA |
| 2 | REAL PROPERTY- 7719 S. Constance, Chicago, IL<br>No equity. Automatic stay modified 8/28/13. | 160,000.00 | 0.00 | | 0.00 | FA |
| 3 | BANK ACCOUNTS- Bridgeview Bank<br>Exempt | 100.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHING<br>Inconsequential value and exempt | 425.00 | 25.00 | | 0.00 | FA |
| 5 | BOOKS AND ART OBJECTS<br>Exempt | 110.00 | 0.00 | | 0.00 | FA |
| 6 | WEARING APPAREL<br>Exempt | 650.00 | 0.00 | | 0.00 | FA |
| 7 | FURS AND JEWELRY<br>Inconsequential value | 65.00 | 65.00 | | 0.00 | FA |
| 8 | STOCK AND BUSINESS INTERESTS- Chiagre, LLC<br>Inconsequential value | 0.00 | 0.00 | | 0.00 | FA |
| 9 | TAX REFUNDS<br>Received and spent prior to filing | 0.00 | 0.00 | | 0.00 | FA |
| 10 | AUTOMOBILES AND OTHER VEHICLES- '87 Mercedes<br>Exempt | 3,500.00 | 0.00 | | 0.00 | FA |
| 11 | AUTOMOBILES AND OTHER VEHICLES- '01 Infinit<br>Exempt | 2,455.00 | 55.00 | | 0.00 | FA |
| 12 | LIQUIDATED DEBTS OWING DEBTOR (u)<br>Trustee retained special counsel to pursue unscheduled insurance claim. Order entered 11-7-17 directing State of Michigan to turnover funds. | 0.00 | Unknown | | 31,745.83 | FA |
| 12 | **Assets Totals (Excluding unknown values)** | **$532,305.00** | **$145.00** | | **$31,745.83** | **$0.00** |

**Major Activities Affecting Case Closing:**

3/31/18- TFR filed 2/22/2018

3/31/17- Trustee was contacted by an attorney in Michigan regarding unscheduled insurance settlement. Case was re-opened on 3-22-17. Trustee intends to employ the attorney as special counsel to pursue the funds for the benefit of the estate.

**Initial Projected Date Of Final Report (TFR):** 06/30/2018    **Current Projected Date Of Final Report (TFR):** 02/22/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 13-30512 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | FAKUADE, JOSEPH T. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9152 | Account #: | ******2400 Checking |
| For Period Ending: | 04/03/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/02/18 | {12} | State of Michigan | Turnover of unclaimed funds per o/c 11-7-17 | 1249-000 | 31,745.83 | | 31,745.83 |
| 03/22/18 | 101 | Richard M. Fogel | Distribution payment - Dividend paid at 100.00% of $2,683.89; Claim # FEE; Filed: $2,683.89 | 2100-000 | | 2,683.89 | 29,061.94 |
| 03/22/18 | 102 | Law Office of Ezra N. Goldman PC | Distribution payment - Dividend paid at 100.00% of $10,571.36; Claim # ; Filed: $10,571.36 | 3210-600 | | 10,571.36 | 18,490.58 |
| 03/22/18 | 103 | Terrence J Kennedy | Distribution payment - Dividend paid at 100.00% of $5,903.42; Claim # 1; Filed: $5,903.42 | 7100-000 | | 5,903.42 | 12,587.16 |
| 03/22/18 | 104 | Terrence J Kennedy | Distribution payment - Dividend paid at 100.00% of $29.39; Claim # 1I; Filed: $29.39 | 7990-000 | | 29.39 | 12,557.77 |
| 03/22/18 | 105 | Verizon by American InfoSource LP as agent | Distribution payment - Dividend paid at 100.00% of $150.06; Claim # 2; Filed: $150.06 | 7100-000 | | 150.06 | 12,407.71 |
| 03/22/18 | 106 | Verizon by American InfoSource LP as agent | Distribution payment - Dividend paid at 100.00% of $0.75; Claim # 2I; Filed: $0.75 | 7990-000 | | 0.75 | 12,406.96 |
| 03/22/18 | 107 | FAKUADE, JOSEPH T. | Distribution payment - Dividend paid at 100.00% of $12,406.96; Surplus to debtor | 8200-002 | | 12,406.96 | 0.00 |
| | | **COLUMN TOTALS** | | | 31,745.83 | 31,745.83 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | **0.00** | |
| | | **Subtotal** | | | 31,745.83 | 31,745.83 | |
| | | Less: Payments to Debtors | | | | 12,406.96 | |
| | | **NET Receipts / Disbursements** | | | **$31,745.83** | **$19,338.87** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)        *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 2

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** 13-30512 | | **Trustee Name:** | Richard M. Fogel (330720) |
| **Case Name:** FAKUADE, JOSEPH T. | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** **-***9152 | | **Account #:** | ******2400 Checking |
| **For Period Ending:** 04/03/2018 | | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2400 Checking | $31,745.83 | $19,338.87 | $0.00 |
| | **$31,745.83** | **$19,338.87** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)